UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

RICHARD F. WILLIAMS, JR.,

        Plaintiff,

-vs-                                          Case No.  5:14-cv-10-Oc-10PRL

DR. OLGA GRAJALES, et. al.,

        Defendants.
_____/

## O R D E R

Plaintiff, a federal inmate previously incarcerated at FCC Coleman and proceeding *pro se*, initiated this case by filing a civil rights complaint pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971).  Defendants have filed Motions for Summary Judgment and move for dismissal of Plaintiff's claims relating to the medical care he received while incarcerated at FCC Coleman, and contend that Plaintiff's allegations and uncontroverted facts fail to establish an Eighth Amendment claim for inadequate medical care.  (Docs. 46, 47 and 48).

On March 14, 2016, the United States Magistrate Judge issued a Report (Doc. 65) recommending that Defendants' Motions for Summary Judgment (Docs. 46, 47 and 48) be granted in all respects.  Plaintiff has not filed any objections, and the time for doing so has elapsed.[1]

---

[1] The Report provides that within 14 days after being served with a copy of the
(continued...)

Accordingly, upon due consideration, it is hereby ORDERED as follows:

(1)   The Magistrate Judge's Report and Recommendation (Doc. 65) is ADOPTED, CONFIRMED, AND MADE A PART HEREOF;[2]

(2)   Defendant Grajales' Motion for Summary Judgment (Doc. 46), Defendants Jarvis and Perez's Motion for Summary Judgment (Doc. 47), and Defendant Newland's Motion for Summary Judgment (Doc. 48) are **GRANTED**;

(3)   The Clerk is directed to enter judgment in favor of Defendants; and

(4)   The Clerk is further directed to terminate all other pending motions and to close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of June, 2016.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Hon. Philip R. Lammens
             Mari Jo Taylor

---

[1](...continued) recommended disposition, a party may file written objections to the Report and Recommendation's factual finding and conclusions. (Doc. 6). By Order dated April 4, 2016, the Court granted Plaintiff's Motion for an Extension of Time to File Objections on or before May 30, 2016. (Doc. 67).

[2] A party's failure to file written objections waives the party's right to challenge on appeal any un-objected to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1.